UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK JEROME LEWIS,<br><br>  Plaintiff,<br><br>  v.<br><br>WELLSPACE HEALTH, et al.,<br><br>  Defendants. | No. 2:20-cv-0332 JAM AC<br><br><br><br>ORDER |

   Plaintiff, proceeding pro se, filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

   On March 18, 2020, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty-one days. ECF No. 3. Plaintiff has not filed objections to the findings and recommendations.

   The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

   1. The findings and recommendations filed March 18, 2020, are adopted in full; and

   2. All claims against all defendants are dismissed with prejudice.

DATED: July 27, 2020

   /s/ John A. Mendez_____

   UNITED STATES DISTRICT COURT JUDGE